# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -- )
)
Oxford Construction of Pennsylvania, Inc. ) ASBCA No. 61311
)
Under Contract No. W912GB-13-C-0017 )

APPEARANCE FOR THE APPELLANT: Michael H. Payne, Esq.
    Cohen Seglias Pallas Greenhall
    &amp; Furman PC
    Philadelphia, PA

APPEARANCES FOR THE GOVERNMENT: Michael P. Goodman, Esq.
    Engineer Chief Trial Attorney
    Brett R. Howard, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Europe

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated: May 23, 2019

JOHN J. THRASHER
Administrative Judge
Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 61311, Appeal of Oxford Construction of Pennsylvania, Inc., rendered in conformance with the Board's Charter.

Dated:

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals